**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

                                     **CASE NO. 07-20322**

**REBECCA JEANNE VANDAMME**           **CHAPTER 13**

                                     **Judge Tracey N. Wise**

**DEBTOR(S)**

**MOTION TO INCURR ADDITIONAL DEBT**

COMES NOW Rebecca Jeanne VanDamme, the Debtor, and respectfully moves this Court for an order allowing her to incur additional debt in an amount not to exceed $20,000.00. The debt incurred is in connection with the "Hardest Hit Housing Markets" program from funds committed by the Troubled Asset Relief Program, "TARP". Under the program's design, the Debtor's arrearage and up to 12 months of her future mortgage payments will be paid by draws on the $20,000.00 note. Thereafter, so long as the Debtor does not fall into default of the program eligibility requirements, 20% of the $20,000.00 note will be forgiven each year until fully forgiven. A true and correct copy of the proposed note and mortgage is attached as Exhibit A.

While technically, the Debtor will be signing a legally binding note and mortgage, the instruments are designed as a vehicle to afford the Debtor relief on her first mortgage without requiring her to pay back the $20,000.00 note. The Debtor has been unemployed for some time, and participation in the program is likely her best avenue to retain her home. Due to the nature of the transaction, the Debtor does not seek to alter her Chapter 13 plan payment.

WHEREFORE, the Debtor requests an order allowing her to incur additional debt in an amount not to exceed $20,0000.00.

Respectfully submitted,

          /s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com

## NOTICE

Please take notice that unless written objection is filed within 15 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

## CERTIFICATION OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing was served by electronic notice or US Regular Mail upon the following:

Debtors
Beverly M. Burden, Trustee
U.S. Trustee
All parties listed on the Court's mailing matrix.


    /s/ Michael B. Baker
      Michael B. Baker (91890)