**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

CASE NO. 07-20322

REBECCA JEANNE VANDAMME                CHAPTER 13

Judge Tracey N. Wise

DEBTOR(S)


**ORDER GRANTING**
**MOTION TO INCURR ADDITIONAL DEBT**

  Rebecca Jeanne VanDamme, the Debtor, has moved this Court for an order allowing her to incur additional debt in an amount not to exceed $20,000.00. The debt incurred is in connection with the "Hardest Hit Housing Markets" program from funds committed by the Troubled Asset Relief Program, "TARP". Under the program's design, the Debtor's arrearage and up to 12 months of her future mortgage payments will be paid by draws on the $20,000.00 note. Thereafter, so long as the Debtor does not fall into default of the program eligibility requirements, 20% of the $20,000.00 note will be forgiven each year until fully forgiven. The Debtor has not requested a change in her monthly Chapter 13 payment. The Court in all ways being sufficiently advised;

  IT IS HEREBY ORDERED AND ADJUDGED, that the Debtor is authorized to incur additional debt in an amount not to exceed $20,000.00 in connection with her participation in the "Hardest Hit Housing Markets" program. The Debtor is further authorized to execute a note and mortgage in substantially the same form as those attached as Exhibit A to the Debtor's motion. In addition, the Debtor is authorized to execute any and all documents necessary for her to participate in the program, and/or effectuate the terms of this order.

Pursuant to Local Rule 9022-1(c), Michael B. Baker shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within 14 days hereof, including the following:

United States Trustee
Beverly M. Burden, Trustee
Rebecca Jeanne VanDamme