UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

REBECCA JEANNE VANDAMME

DEBTOR(S)

CASE NO. 07-20322
CHAPTER 13
Judge Tracey N. Wise

ORDER GRANTING
MOTION TO INCURR ADDITIONAL DEBT

     Rebecca Jeanne VanDamme, the Debtor, has moved this Court for an order allowing her to incur additional debt in an amount not to exceed $20,000.00. The debt incurred is in connection with the "Hardest Hit Housing Markets" program from funds committed by the Troubled Asset Relief Program, "TARP". Under the program's design, the Debtor's arrearage and up to 12 months of her future mortgage payments will be paid by draws on the $20,000.00 note. Thereafter, so long as the Debtor does not fall into default of the program eligibility requirements, 20% of the $20,000.00 note will be forgiven each year until fully forgiven. The Debtor has not requested a change in her monthly Chapter 13 payment. The Court in all ways being sufficiently advised;

     IT IS HEREBY ORDERED AND ADJUDGED, that the Debtor is authorized to incur additional debt in an amount not to exceed $20,000.00 in connection with her participation in the "Hardest Hit Housing Markets" program. The Debtor is further authorized to execute a note and mortgage in substantially the same form as those attached as Exhibit A to the Debtor's motion. In addition, the Debtor is authorized to execute any and all documents necessary for her to participate in the program, and/or effectuate the terms of this order.

Pursuant to Local Rule 9022-1(c), Michael B. Baker shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within 14 days hereof, including the following:

United States Trustee
Beverly M. Burden, Trustee
Rebecca Jeanne VanDamme

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, April 15, 2011
(lbr)