**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**REBECCA JEANNE VANDAMME**

**CASE NO. 07-20322**
**CHAPTER 13**
**Judge Tracey N. Wise**

DEBTOR(S)

**CERTIFICATE OF SERVICE FOR ORDER GRANTING**
**MOTION TO INCUR ADDITIONAL DEBT**

    I hereby certify that on April 15, 2011, I served a copy of the Order Granting Motion to Incur Additional Debt, CM/ECF 110, by U.S regular mail, postage prepaid, or by electronic service, upon the Debtor, US Trustee, Beverly M. Burden, Chapter 13 Trustee, Paul R.Markgraf, and all other parties having requested electronic notice via CM/ECF.

DATED: 4/19/2011

Respectfully submitted,

  /s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com