United States Bankruptcy Court
Eastern District of Kentucky

In re:  
Rebecca Jeanne VanDamme  
    Debtor

Case No. 07-20322-tnw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0643-2      User: lonormim      Page 1 of 1      Date Rcvd: Jun 20, 2011  
    Form ID: ntctrnob      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2011.
```
db            +Rebecca Jeanne VanDamme,    2078 Bridgette Lane,    Hebron, KY 41048-9101
aty           +Jerry M. Miniard,    6614 Dixie Hwy,    Florence, KY 41042-2187
3276016     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:  FIFTH THIRD BANK,    38 FOUNTAIN SQUARE PLACE,    CINCINNATI, OH  45202)
3281067       FIFTH THIRD BANK,    1850 E PARIS SE - BANKRUPTCY DEPARTMENT,    MD# ROPS05,
               GRAND RAPIDS MI 49546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4580852       +E-mail/Text: louis@cobar-llc.com Jun 20 2011 22:12:37     COBAR ACQUISITIONS,
               25 HIGHLAND PARK VILLAGE 100-201,    DALLAS, TX 75205-2789
                                                                                              TOTAL: 1
```

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2011**      **Signature:** _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In Re: Rebecca Jeanne VanDamme

Case Number: 07–20322–tnw

aka/dba:

Chapter: 13

Debtor(s)

## NOTICE OF EVIDENCE OF TRANSFER OF CLAIM
## AND OF TIME TO FILE OBJECTION

Notice is given that COBAR Acquisitions has filed in this case notice of evidence of transfer other than for security as to the following claim:

Transferor: Fifth Third Bank

1850 E Paris SE, Bankruptcy Department MD #R0PS05, Grand Rapids MI 49546

Amount of Claim: $ 9918.32

Transferee: COBAR Acquisitions

25 Highland Park Village 100–201, Dallas TX 75205

Unless an objection is filed within 21 days of the mailing of this notice, the Transferee will be substituted for the Transferor as to all matters related to the claim. Rule 3001(e)(2) Federal Rules of Bankruptcy Procedure.

DATED: 6/20/11

By the court –

/s/ Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

KYE_ntctrnob

115 – 114